**LITTLER MENDELSON**
A Professional Corporation
William P. McLane (034481996)
One Newark Center, Eighth Floor
Newark, New Jersey  07102
973.848.4700
Attorneys for Defendants
United Natural Foods, Inc., David Anderson, Sr. and
David Anderson, Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANTOS GARCIA,<br><br>Plaintiff,<br><br>vs.<br><br>HADDON HOUSE FOOD PRODUCTS, INC., UNITED NATURAL FOODS, INC., a/k/a UNFI, DAVID ANDERSON, SR., Individually and DAVID ANDERSON, JR., Individually,<br><br>Defendants. | Civil Action No. 17-cv-03909 (FLW) (LHG)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>*VIA ECF* |

Whereas the parties have reached an amicable resolution of this matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and Local Civil Rule 41.1(b), Plaintiff Santos Garcia ("Plaintiff") and all Defendants by and through the undersigned, agree and stipulate that Plaintiff hereby voluntarily dismisses any and all claims in his Complaint with prejudice. All parties will bear their own costs and fees associated with this matter.

Respectfully submitted,

| **JAFFE GLENN LAW GROUP, P.A.** | **LITTLER MENDELSON, P.C.** |
|---|---|
| /s/ Jodi J. Jaffe | /s/ *William P. McLane* |
| Jodi J. Jaffe, Esq. | William P. McLane, Esq. |
| 301 North Harrison Street | One Newark Center, 8th Floor |
| Suite 9F, #306 | Newark, New Jersey 07102 |
| Princeton, NJ 08540 | 973.848.4700 |
| (201) 687-9977 | Attorneys for Defendants |
| Attorneys for Plaintiff Santos Garcia | United Natural Foods, Inc., David Anderson, Sr. and David Anderson, Jr. |
| Dated: January 19, 2018 | Dated: January 19, 2018 |

Firmwide:152348274.1 051292.1055

It is further ordered that the Clerk of the Court is directed to reopen this action and upon entry of this order, the case and docket shall be marked closed.
IT IS SO ORDERED:

_____
FREDA L. WOLFSON, U.S.D.J.  1/22/18